IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ZACHARY WALLACE, | * |
| Plaintiff, | * |
| v. | Case No. 3:18-CV-19-CDL |
| | * |
| PORTERFIELD TIRE, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 5, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of July, 2018.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk